H. ALLEN WAGENER, Respondent, *v.* THE FIDELITY AND
CASUALTY COMPANY OF NEW YORK, Appellant.

*Wagener* v. *Fidelity & Casualty Co.*, 114 App. Div. 916, affirmed.
(Submitted May 9, 1907; decided May 28, 1907.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
July 18, 1906, affirming a judgment in favor of plaintiff
entered upon a verdict and an order denying a motion for a
new trial in an action to recover upon a policy of accident
insurance.

*John Gillette* for appellant.

*M. A. Leary* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, O'BRIEN, VANN, WERNER, WILLARD BART-
LETT and CHASE, JJ.    Absent: CULLEN, Ch. J.